

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| MARCENNE JULESEUS<br>FED. REG. #77079-004<br>VS. | CIVIL ACTION NO. 09-1647<br><br>SECTION P<br><br>JUDGE TRIMBLE |
|---|---|
| WARDEN JOE P. YOUNG | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED THAT the Petition for Writ of *Habeas Corpus* be DISMISSED WITH PREJUDICE because petitioner has not shown that he is in custody in violation of the Constitution or laws of the Untied States.

THUS DONE AND SIGNED, in chambers, in Lake Charles, Louisiana, on this 7th day of June, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE